IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SHELLEY VARNADO**                                                   **PLAINTIFF**

V.                                                 **CIVIL ACTION NO 5:21-cv-00093-DCB-LGI**

**LIBERTY COMMUNITY LIVING CENTER, LLC;**
**COMMUNITY ELDERCARE SERVICES, LLC**            **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

THIS CAUSE came on for hearing on the *ore tenus* motion to dismiss of Defendant CLC of Liberty, LLC d/b/a Liberty Community Living Center, and the Court, having considered the motion and being advised that Plaintiff has no objection to the motion, is of the opinion that the same is well-taken and should be and is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims against CLC of Liberty, LLC d/b/a Liberty Community Living Center be and the same are hereby dismissed with prejudice with each party to bear their respective costs.

SO ORDERED this the 17th day of March, 2023.

                                                                 s/David Bramlette
                                                                  UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Daniel M. Waide*
DANIEL M. WAIDE, ESQ.
Attorney for Plaintiff

*/s/ Margaret Sams Gratz*
MARGARET SAMS GRATZ, ESQ.
Attorney for Defendants

3083056